UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 97-7706

RANDY WAY POINDEXTER,

Plaintiff - Appellant,

versus

WILLIE WELDON, Warden for Lieber Correctional
Institution; ANNIE NEGLEY, Lieutenant for
Lieber Correctional Institution; L. J. ALLEN,
Regional Director,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  G. Ross Anderson, Jr., District
Judge.  (CA-97-935-6-13AK)

Submitted:  June 18, 1998          Decided:  July 2, 1998

Before MURNAGHAN and WILKINS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Randy Wayne Poindexter, Appellant Pro Se.  William Michael Duncan,
LEWIS, ROGERS & LARK, P.A., Columbia, South Carolina; Raymon E.
Lark, Jr., BELSER, LEWIS, ROGERS & LARK, P.A., Columbia, South
Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Poindexter v. Weldon</u>, No. CA-97-935-6-13AK (D.S.C. Nov. 12, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>